UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE FORT & FREDDIE M. FORT, PRO-SE,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDALL D. NAIMAN/NAIMAN LAW GROUP, PC, J. KIRCHNAVY/PRUDENTIAL CA REALTY AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 14-00286-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE against Defendant Janine Kirchnavy. The Court orders that such judgment be entered.

Dated: April 23, 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge