UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE FORT & FREDDIE M. FORT, PRO-SE,<br><br>     Plaintiff,<br><br>     v.<br><br>RANDALL D. NAIMAN/NAIMAN LAW GROUP, PC, J. KIRCHNAVY/PRUDENTIAL CA REALTY AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>     Defendants. | Case No. EDCV 14-00286-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Randall Naiman/Naiman Law Group is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 29, 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge